UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00428-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. BIVIAN VILLALOBOS-MADRID,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict of the Court, the change of plea hearing set for January 25, 2012 is **VACATED and RESET to Friday, January 27, 2012 at 10:00 a.m.**

    Dated: January 4, 2012.