**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | April 9, 2012 | Probation: | Sergio Garza |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | Marcela Salazar |
| E.C.R./Reporter: | Therese Lindblom | | |

Criminal Case No: **11-cr-00428-WYD**           Counsel:

UNITED STATES OF AMERICA,           John M. Canedy
                                    Shana Martin
        Plaintiff,

v.

**1. BIVIAN VILLALOBOS-MADRID**,           Matthew K. Belcher

        Defendant.

## SENTENCING

**11:09 a.m.**    Court in Session - Defendant present (in-custody)

   **Change of Plea Hearing - Friday, January 27, 2012, at 10:00 a.m.
   Plea of Guilty - one-count Indictment**

   APPEARANCES OF COUNSEL.

   Interpreter sworn (Spanish).

   Court's opening remarks.

11:14 a.m.    Statement on behalf of Government (Ms. Martin).

11:15 a.m.    Statement on behalf of Probation (Mr. Garza).

11:15 a.m.    Statement on behalf of Defendant (Mr. Belcher).

11:23 a.m.    Statement on behalf of Government (Ms. Martin).

| | |
|---|---|
| 11:24 a.m. | Statement on behalf of Probation (Mr. Garza). |
| 11:24 a.m. | Statement on behalf of Defendant (Mr. Belcher). |
| 11:24 a.m. | Statement by Defendant on his own behalf (Mr. Villalobos-Madrid). |
| | Court makes findings. |
| **ORDERED:** | Government's Motion for Decrease for Acceptance of Responsibility (ECF Doc. No. 25), filed April 6, 2012, is **GRANTED.** |
| | Order is **APPROVED BY THE COURT.** |
| **ORDERED:** | Government's Request for a One-level Downward Departure from the Applicable Offense Level (ECF Doc. No. 24), filed March 29, 2012, is **GRANTED.** |
| **ORDERED:** | Defendant's Motion for a Downward Sentencing Variance (ECF Doc. No. 21), filed March 21, 2012, is **GRANTED.** |
| **ORDERED:** | Defendant be **imprisoned** for **15** months. |

**Court RECOMMENDS that the Bureau of Prisons place the defendant at an appropriate level facility within the state of Colorado.**

| | |
|---|---|
| **ORDERED:** | No term of supervised release is imposed. The defendant is advised that if he enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecution. |
| **ORDERED:** | Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately. |
| **ORDERED:** | **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision. |
| **ORDERED:** | Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis. |
| **ORDERED:** | Defendant is **REMANDED** to the custody of the U.S. Marshal. |
| **11:29 a.m.** | Court in Recess - HEARING CONCLUDED. |

**TOTAL TIME:   :20**